IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA BELCHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-05-4316 |
| | § | |
| | § | |
| PROLOGIS MANAGEMENT, INC., | § | |
| | | |
| Defendant. | | |

**ORDER OF DISMISSAL**

Counsel for the parties have advised the court that a settlement has been reached in this action. It is ORDERED that this cause be dismissed on the merits, without prejudice to the right of any party to move for reinstatement within 30 days. It is further ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to reurge those motions must do so within 10 days from the date any motion for reinstatement is filed.

The court appreciates the prompt notification of settlement.

Signed at Houston, Texas, this 14th day of November, 2006

MARY MILLOY
UNITED STATES MAGISTRATE JUDGE